Sarah S. E. Lora, OSB 042329
sarah.lora@lasoregon.org
Legal Aid Services of Oregon
397 N. First Street
Woodburn, OR 97071
Tel: (503) 981-5291
Fax: (503) 981-5292
    Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JOSE MANUEL BUENROSTRO,** | Case No. 12-CV-594-CL |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| **YACOOBIAN RANCH, LLC,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby dismisses the above-captioned case with prejudice and without costs or fees to any party.

Dated this 8th day of August, 2012.

s/Sarah S. E. Lora
Sarah S. E. Lora, OSB 042329
Of Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that I served a copy of this NOTICE OF DISMISSAL on:

>David B. Paradis, OSB 853016
>Brophy Mills Schmor Gerking
>201 W. Main Ste 5
>P.O. Box 128
>Medford, OR 97501

Dated this 8th day of August, 2012

s/Sarah S. E. Lora
Sarah S. E. Lora, OSB 042329
Of Attorneys for Plaintiff